**The People of the State of Illinois ex rel. John Martin, appellee, v. Nicholas R. Finn et al., appellants. Gen. No. 30,623.**

Certiorari to review proceedings of civil service commissioners resulting in discharge of petitioner from police force. Record quashed. Appeal from the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed. Opinion filed May 5, 1926.

Francis X. Busch, Corporation Counsel, and Francis J. Vurpillat,

Assistant Corporation Counsel, for appellants. O'Connell, Herr & Arvey, for appellee.

Mr. Justice Taylor delivered the opinion of the court.